AO 451 (Rev. 01/09)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Sierra Nevada Corporation | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:07-cv-532 |
| Cyber Defense Systems, Inc. | ) |
| *Defendant* | ) |

**FILED JUL 8 2009 Phil Lombardi, Clerk U.S. DISTRICT COURT**

**09 MC 26 TCK**

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 05/15/2009.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: July 1, 2009

LANCE S. WILSON, CLERK
Clerk of Court

*Brenda L. Gorbet*
By: Brenda L. Gorbet,
Deputy Clerk

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*   DISTRICT OF   NEVADA

SIERRA NEVADA CORPORATION,

      Plaintiff,   JUDGMENT IN A CIVIL CASE

V.

      CASE NUMBER: **3:07-cv-00532-ECR-VPC**

CYBER DEFENSE SYSTEMS, INC.,

      Defendants.

__ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in the amount of $777,118.68, together with costs in the amount of $166.97 for Wiley Rein LLP and $749.49 for Holland & Hart LLP, pursuant to the cost bill filed by Plaintiff and which has not been timely objected to. This judgment shall also include an award of $33,429.00 for Wiley Rein LLP and $13,184.00 for Holland & Hart LLP in attorney fees in accordance with Plaintiff's unopposed motion.

May 15, 2009

**LANCE S. WILSON**
Clerk

/s/ P. McDonald
Deputy Clerk

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By _____ Deputy Clerk