# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Sierra Nevada Corp,

                Plaintiff,

vs.

Cyber Defense,

                Defendant(s).

Case Number: 09-mc-26-TCK
Proceeding: Asset Hearing
Date: 10-21-2009
Time: 9:30 a.m.

## MINUTE SHEET

Frank H. McCarthy, U.S. Magistrate Judge    J. Mayes, Deputy Clerk    C2

Counsel for Plaintiff: Richard Hicks

Counsel for Defendant:

**Minute:**

[X]    Defendant sworn. Asset hearing conducted

[ ]    Asset Hearing Stricken.

[ ]    Asset Hearing passed to _____ at 9:30 a.m.

[ ]    Defendant did not appear as ordered. Clerk of Court directed to issue Body Attachment.

[ ]    Defendant did not appear as ordered. Assistant United States Attorney requested a Body Attachment. Upon proof of service, Clerk of Court will be directed to issue Body Attachment.

[ ]    Defendant appeared in response to Body Attachment, was sworn, asset hearing conducted and continued to _____ at 9:30 a.m.

[ ]    Body Attachment withdrawn at request of Assistant United States Attorney.

[ ]    Body Attachment withdrawn by Order of Magistrate Judge.

[ ]    Defendant requested continuance; Assistant United States Attorney does not object; continuance granted. Defendant ordered to reappear on _____ at 9:30 a.m.