**U.S. Department of Justice**
United States Marshals Service



# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Sierra Nevada Corporation | 09-MC-24-TCK |
| DEFENDANT | TYPE OF PROCESS |
| Cyber Defense Systems, Inc. | (1) Writ of Execution; (2) Order |

RECEIVED
UNITED STATES MARSHAL
2009 OCT 15 AM 11:26

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Cyber Defense Systems, Inc. |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 7711 S. Jamestown Avenue, Tulsa, Oklahoma 74136 |

NORTHERN DISTRICT OF OKLAHOMA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Christina M. Vaughn
McAfee & Taft
100 West 5th Street, Suite 500
Tulsa, Oklahoma 74103
Attorneys for Plaintiff Sierra Nevada Corporation

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Alternate address: 5147 S. Harvard, Suite 138, Tulsa, Oklahoma 74135

# FILED
NOV 4 2009
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Fold

Signature of Attorney other Originator requesting service on behalf of:
*Christina M. Vaughn*

☒ PLAINTIFF
☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| 918-587-0000 | 10/13/09 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 62 | District to Serve No. 62 | Signature of Authorized USMS Deputy or Clerk | Date 10/15/09 |
|---|---|---|---|---|---|
| | 1 | | | yw | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if shown above)
Desai Robinson - Wife of William Robinson (President of Cyber Defense)

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
7711 S. Jamestown Ave
Tulsa, OK 74136

| Date | Time | |
|---|---|---|
| 10/19/09 | 8:40 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $165.00 | $38.28 | | 203.28 | $55.00 | 148.28 $0.00 |

REMARKS:
10/16/09 13:05 ETS - No Answer at door 22 miles R/T
16:00 ETS - No Ans 22 miles R/T
10/19/09 Made contact with Desai Robinson, wife of William Robinson. She stated William is the President of Cyber Defense Systems and lives part-time in Tampa, FL. She agreed to accept service of Order concerning Asset Hearing on behalf of William. Desai states she is not an officer of Cyber Defense, so Writ of Execution was not served.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80